A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Feb 09, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 22, 2009**

FILED
CLERK'S OFFICE

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION

MDL No. 1845

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

(SEE ATTACHED SCHEDULE)

FEB - 9 2009

**CONDITIONAL TRANSFER ORDER (CTO-32)**

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

On July 17, 2007, the Panel transferred 17 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 495 F.Supp.2d 1381 (J.P.M.L. 2007). Since that time, 244 additional actions have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of July 17, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Feb 09, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS

FEB 10 2009

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION                                MDL No. 1845

### SCHEDULE CTO-32 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ARKANSAS EASTERN
  ARE  4   08-4249           Janice Bayliss, et al. v. ConAgra Foods, Inc.

IOWA SOUTHERN
  IAS  4   09-9              Virginia Enloe v. ConAgra Foods, Inc.

ILLINOIS NORTHERN
  ILN  1   08-7321           Ronald Ziven v. ConAgra Foods, Inc.
  ILN  1   09-71             Nora Norton v. ConAgra Foods, Inc., et al.

PENNSYLVANIA WESTERN
  PAW  1   08-332            B.S., et al. v. ConAgra Foods, Inc.

TEXAS SOUTHERN
  ~~TXS  4   08-3723~~       ~~Avery Ayers, et al. v. ConAgra Foods, Inc.~~  Opposed 2/6/09

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
J. Frederick Motz
United States District Court
District of Maryland

Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

February 9, 2009

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg.
 & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Re: MDL No. 1845 -- IN RE: ConAgra Peanut Butter Products Liability Litigation

(See Attached CTO-32)

Dear Mr. Hatten:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 22, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached to this letter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *(signature)*
Tanisha Spinner
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Thomas W. Thrash, Jr.

JPML Form 36A

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION

MDL No. 1845

## INVOLVED COUNSEL LIST (CTO-32)

Wesley Todd Ball
FARRAR & BALL LLP
1010 Lamar
Suite 1600
Houston, TX 77002

John D. Bonini
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-7567

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN
   & BERNSTEIN LLP
One Nashville Place
150 4th Avenue North
Suite 1650
Nashville, TN 37219-2423

Bryan J. Goldsmith
WEBBER GAUMER EMANUEL PC
111 West 2nd Street
P.O. Box 601
Ottumwa, IA 52501-0601

William G. Holt
GARY EUBANKS & ASSOCIATES
P.O. Box 3887
Little Rock, AR 72203-3887

Paul A. Lagnese
BERGER & LAGNESE LLC
912 Frick Building
437 Grant Street
Pittsburgh, PA 15219

Andre M. Landry, III
LOOPER REED & MCGRAW PC
1300 Post Oak Blvd
Suite 2000
Houston, TX 77056

Stephen Jay McMullen
212 West Washington Street
Suite 909
Chicago, IL 60606

James Francis Neale
MCGUIREWOODS LLP
310 Fourth Street, N.E.
Suite 300
Charlottesville, VA 22902-1288

Steven J. Seidman
LAW OFFICES OF STEVEN J SEIDMAN
20 South Clark Street
Suite 700
Chicago, IL 60603

Robert H. Smalley, III
MCCAMY PHILLIPS TUGGLE & FORDHAM LLP
P.O. Box 1105
Dalton, GA 30722

John F. Thomas
MCGRATH NORTH MULLIN & KRATZ PC LLC
First National Tower
1601 Dodge Street
Suite 3700
Omaha, NE 68102

James H. Walsh
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION                                          MDL No. 1845

## INVOLVED JUDGES LIST (CTO-32)

Hon. Garnett Thomas Eisele
Senior U.S. District Judge
Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
C244 IN Anne
Little Rock, AR 72201

Hon. William J. Hibbler
U.S. District Judge
1262 Everett McKinnley
Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Matthew F. Kennelly
U.S. District Judge
2188 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Ronald E. Longstaff
Senior U.S. District Judge
115 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. Sean J. McLaughlin
U.S. District Judge
17 South Park Row
Room A-250
Erie, PA 16501

~~Hon. Lee H. Rosenthal~~
~~U.S. District Judge~~
~~11535 Bob Casey U.S. Courthouse~~
~~515 Rusk Avenue~~
~~Houston, TX 77002~~

**IN RE: CONAGRA PEANUT BUTTER**
**PRODUCTS LIABILITY LITIGATION**                                                    MDL No. 1845

## INVOLVED CLERKS LIST (CTO-32)

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1820
Erie, PA 16507-0820

~~Michael N. Milby, Clerk~~
~~United States District Court~~
~~P.O. Box 61010~~
~~Houston, TX 77208-1010~~